| | |
|---|---|
| MICHAEL VERRETT AND MELISSA VERRETT | SUIT NO. 617143  SEC. 24 |
| VERSUS | |
| | 19TH JUDICIAL DISTRICT COURT |
| STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, LIEUTENANT BUZZY TRAHAN, LIEUTENANT CHUCK MCNEAL, AND SERGEANT RANDOLPH REVELS, INDIVIDUALLY AND IN THEIR CAPACITY AS EMPLOYEES OF THE LOUISIANA STATE POLICE, AND COLONEL MICHAEL D. EDMONSON, IN HIS CAPACITY AS THE SUPERINTENDENT OF THE LOUISIANA STATE POLICE | PARISH OF EAST BATON ROUGE  STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of **MICHAEL VERRETT AND MELISSA VERRETT**, both of legal age, domiciled in the Parish of Livingston, State of Louisiana, respectfully represents:

1.

The following parties have been made Defendants herein:

A. **STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,** through its agent for service of process James M. "Jimmy" Leblanc, 504 Mayflower Street, Baton Rouge, Louisiana 70802;

B. **LIEUTENANT BUZZY TRAHAN,** believed to be a person of full age of majority, whose last known business address is 7919 Independence Boulevard, Baton Rouge, Louisiana 70806;

C. **LIEUTENANT CHUCK MCNEAL,** believed to be a person of full age of majority, whose last known business address is 7919 Independence Boulevard, Baton Rouge, Louisiana 70806;

D. **SERGEANT RANDOLPH REVELS,** believed to be a person of full age of majority, whose last known business address is 7919 Independence Boulevard, Baton Rouge, Louisiana 70806;

E. **COLONEL MICHAEL D. EDMONSON, IN HIS CAPACITY AS THE SUPERINTENDENT OF THE LOUISIANA STATE POLICE,** through its agent for service of process, Colonel Michael D. Edmonson, 7919 Independence Boulevard, Baton Rouge, Louisiana 70806.

STATE'S EXHIBIT A

REC'D C.P.
NOV 26 2012

Certified True and Correct Copy
eCertID: 000069033
Jessica Hykes
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 2/20/2013 11:19 AM
Alteration and subsequent re-filing of this certified copy may violate La R.S. 14.132, 133, and/or RPC Rule 3.3(a)(3).

2.

On or about the 18th day of November, 2011, an incident occurred near 7701 Independence Boulevard involving Plaintiff, **MICHAEL VERRETT** and Defendant, **LIEUTENANT BUZZY TRAHAN**, and also involving Defendants, **LIEUTENANT CHUCK MCNEAL and SERGEANT RANDOLPH REVELS**.

3.

The incident occurred when Plaintiff **MICHAEL VERRET**, and three of his co-workers, Lee John, Bruce Ellis and Kris Gregoire (hereinafter co-workers) were leaving there offices at the Office of Motor Vehicles on the compound of Louisiana State Police (LSP) Headquarters located at 7667 Independence Boulevard, in a vehicle being operated by Bruce Ellis and which was headed south from parking in order to make a right hand turn to head westbound on Independence Boulevard, when they encountered a dark unmarked four door vehicle that was being operated by defendant, Lieutenant Buzzy Trahan, who was dressed in plain clothes, at the stop sign in their lane of traffic and stopped directly in front of them.

4.

Several opportunities arose for the defendant vehicle to proceed. When it did not, Mr. Ellis sounded his horn to get the driver's attention. The vehicle did not respond to the horn. Mr. Ellis sounded his horn a second time, still the vehicle did not respond.

5.

At this point, Mr. Verret, a retired Baton Rouge Police Officer and current employee of the Governor's Office of Homeland Security and Emergency Preparedness, exited the vehicle in which he was a passenger and approached the rear passenger side of the unresponsive vehicle to find out if there was a problem with the vehicle and/or if the driver was lost. Mr. Verret called out to determine if the driver of the vehicle was lost. The vehicle suddenly took a right hand turn onto Independence Boulevard and stopped. The Ellis vehicle pulled in directly behind the Trahan vehicle.

6.

At this point, Defendant exited his vehicle, and started walking toward plaintiff, acting in an aggressive manner and repeatedly asking, "what is your problem!"



Certified True and Correct Copy
eCertID: 000069033
East Baton Rouge Parish Deputy Clerk of Court
Generated Date: 2/20/2013 11:19 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7.

Defendant continued to approach Plaintiff until in Plaintiff's face and continued to yell. Plaintiff responded by stating that he was a retired Baton Rouge Police Officer and that the proper driving technique was to yield to traffic then merge onto the street.

8.

When it appeared Defendant was not going to stop his aggressive behavior, Plaintiff attempted to walk back to the vehicle in which he had been a passenger. At this point defendant stated "you bumped me!", grabbed Plaintiff's left shoulder and a struggle ensued. It was at this point that Defendant stated that he was a police officer and that Plaintiff was under arrest.

9.

At some time during the struggle, other officers employed by Louisiana State Police Department arrived on the scene who upon information and belief were the following; **LIEUTENANT CHUCK MCNEAL AND SERGEANT RANDOLPH REVELS**, both of whom were dressed in plain clothes and which defendants used excessive force with defendant **LIEUTENANT TRAHAN**, kicking Plaintiff's legs and smashing Plaintiff's face into the ground.

10.

A proximate cause of the incident and the resulting injuries to Plaintiff, **MICHAEL VERRETT**, was the intentional and reckless conduct of Defendants, **LIEUTENANT BUZZY TRAHAN, LIEUTENANT CHUCK MCNEAL, and SERGEANT RANDOLPH REVELS**.

11.

At all time pertinent hereto, Defendants, **LIEUTENANT BUZZY TRAHAN, LIEUTENANT CHUCK MCNEAL, and SERGEANT RANDOLPH REVELS**, were acting in the course and scope of their employment with Defendants, **COLONEL MICHAEL D. EDMONSON, IN HIS CACPCITY AS THE SUPERINTENDENT OF THE LOUISIANA STATE POLICE**, as well as the **STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**.

12.

Additionally, the proximate cause of the civil rights violations to Plaintiff, **MICHAEL**

Certified True and Correct Copy
eCertID: 000069033
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 2/20/2013 11:19 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

VERRETT was the negligence of Defendants, **STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, LIEUTENANT BUZZY TRAHAN, LIEUTENANT CHUCK MCNEAL, AND SERGEANT RANDOLPH REVELS, INDIVIDUALLY AND IN THEIR CAPACITY AS EMPLOYEES OF THE LOUISIANA STATE POLICE, AND COLONEL MICHAEL D. EDMONSON IN HIS CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE**, which civil rights violations are particularized in the following non-exclusive respects:

a. **COLONEL MICHAEL D. EDMONSON IN HIS CAPCITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE** and his Trooper/Employee Defendants, **LIEUTENANT BUZZY TRAHAN, LIEUTENANT CHUCK MCNEAL, AND SERGEANT RANDOLPH REVELS**, falsely assaulted and battered Plaintiff in violation of the Eighth and Fourteenth Amendments to the United States Constitution. Under color of law, Defendant Troopers did use by definition excessive force against Plaintiff such as to inflict serious, permanent injuries upon him and to otherwise violate his federal constitutional and federal civil rights.

b. These Defendants acted in combination and in concert to commit unlawful and unconstitutional acts against Plaintiff. Furthermore, the law under the Eighth and Fourteenth Amendments in this regard is clearly established so as to defeat any purported police Defendants qualified immunity for state law claims.

c. At all times relevant herein, the conduct of all Defendants were subject to 42 U.S.C. § 1983, 1985, 1986, and 1988.

d. Acting under the color of law, Defendants worked a denial of Plaintiff, **MICHAEL VERRETT's**, rights, privileges, and immunities secured by the United States Constitution and by Federal law, including but not limited to the violations enumerated immediately below.

e. All Defendants acted in combination and in concert, including **COLONEL MICHAEL D. EDMONSON**, whose deliberate indifference in not preventing these

Certified True and Correct Copy
eCertID: 000069033
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 2/20/2013 11:19 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

  acts, combined with the willful acts of his Troopers and/or other personnel, thereby allowing the commission of these unlawful acts and violating Plaintiff, **MICHAEL VERRETT's**, various constitutional rights.

f. As a result of Defendants conspiracy to commit illegal acts against Plaintiff, **MICHAEL VERRETT**, Defendants are liable to Plaintiff under 42 U.S.C. §1983 as well as 42 U.S.C. §1988 for attorneys fees.

g. **COLONEL MICHAEL D. EDMONSON, IN HIS CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE,** is responsible for the acts and omissions of the employees and are liable for the activities of its agents, who are not employees.

h. At all times pertinent hereto, the Defendants were acting under color of law, statutes, customs, policies, ordinances and usages of the State of Louisiana and the **LOUISIANA STATE POLICE**.

i. At all times pertinent hereto, the **LOUISIANA STATE POLICE** failed to adopt sufficient policies to deter or prevent the violating of Plaintiff, **MICHAEL VERRETT's**, civil rights.

j. At all times pertinent hereto, the **LOUISIANA STATE POLICE** failed to develop and/or maintain a custom or policy to identify, discipline, rehabilitate and/or retrain its officers who violated Plaintiff, **MICHAEL VERRETT's**, civil rights.

k. At all times pertinent hereto, the **LOUISIANA STATE POLICE** negligently hired and retained Troopers who violated Plaintiff, **MICHAEL VERRETT's**, civil rights.

l. The illegal and unconstitutional policies and procedures of the **LOUISIANA STATE POLICE** were the driving force of the deprivation of Plaintiff, **MICHAEL VERRETT's**, rights herein.

m. Furthermore, through improper training, improper hiring, negligent retention, ineffective internal policies, ignoring patterns and practices of abuse, **COLONEL MICHAEL D. EDMONSON, IN HIS CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE** was deliberately indifferent to said policies

Certified True and Correct Copy
eCertID: 000069033
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 2/20/2013 11:19 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

and procedures leading to Plaintiff, **MICHAEL VERRETT's**, rights being violated.

n. Based on the facts stated above, Plaintiff hereby asserts various claims under the Constitution, specifically Article I, Sections 2, 3, 4, and 5, and laws of the State of Louisiana, La. C.C. arts. 2315, et seq. in pari materia with Title 14 of the Louisiana Revised Statutes, including the acts of false arrest, false imprisonment, assault, and battery.

o. Based on the facts stated above, Defendants did knowingly and intentionally, or in the alternative negligently, violate Plaintiff, **MICHAEL VERRETT's,** rights under the Louisiana Constitution, particularly Art. 1 §§2 (due process of law), 3 (right to individual dignity), 20 (right to humane treatment), and 22 (access to courts); and under the laws of the State of Louisiana, including but not limited to LSA-R.S. 14:33, et seq. (battery), LSA-R.S. 14:36, et seq. (assault), LSA-C.C. art. 2315 (liability for acts causing damages), LSA-C.C. art. 2316 (negligence, imprudence or want of skill), LSA-C.C. art. 2317 (acts of others), LSA-C.C. art. 2320 (acts of servants).

p. These non-exclusive Louisiana state law deprivations render Defendants liable to Plaintiff jointly and severally, or in solido, for full compensatory damages, including general damages, special damages, cost of this action, and legal interest.

13.

As a result of the aforementioned actions by Defendants, Plaintiff, **MICHAEL VERRETT** sustained injuries to his person consisting of, but not limited to, abrasions to his head, contusions to various parts of his body, including but not limited to the back of his left leg, and lacerations and abrasions to his knuckles, hands, and wrists.

14.

Additionally, as a result of the aforementioned actions of Defendants, Plaintiff, **MICHAEL VERRETT** sustained damages to his property, including, but not limited to broken eye glass, broken cell phone case, and a torn shirt.

15.

Additionally, as a result of the aforementioned actions of Defendants, Plaintiff, **MICHAEL**


Certified True and Correct Copy
eCertID: 000069033
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 2/20/2013 11:19 AM
Alteration and subsequent re-filing of this certified copy may violate La R.S. 14.132, 133, and/or RPC Rule 3.3(a)(3).

VERRETT, was intentionally and unlawfully detained, which unlawful detention resulted in severe emotional distress, public embarrassment and a change to his employment consisting of an unexplained transfer.

16.

As a result of the incident sued on, Plaintiff, MELISSA VERRETT, who was married to and living with Plaintiff, MICHAEL VERRETT, at the time of said injury, and who remains married to and living with Plaintiff, MICHAEL VERRETT, sustained a loss of consortium, service, and society within the meaning of Louisiana Civil Code Article 2315.

17.

As a result of the aforementioned liability of the Defendants, Plaintiffs are entitled to a trial and to recover damages in accordance with law, including loss of consortium, lost wages, past and future, medical expenses, past and future, other special damages and all general damages contemplated under Louisiana law, including impairment of earning capacity.

WHEREFORE, Plaintiffs, MICHAEL VERRETT AND MELISSA VERRETT, pray for citation and service of process, and, after due proceedings are had, including trial, that there be judgment in their favor and against Defendants, STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, LIEUTENANT BUZZY TRAHAN, LIEUTENANT CHUCK MCNEAL, AND SERGEANT RANDOLPH REVELS, INDIDIVUALLY AND IN THEIR CAPACITY AS EMPLOYEES OF LOUISIANA STATE POLICE and COLONEL MICHAEL D. EDMONSON, IN HIS CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE, for damages together with legal interest thereon from date of judicial demand until paid, and for all cost of these proceedings.

RESPECTFULLY SUBMITTED:



MICHAEL VERRETT, in proper person
27168 Eighteens Lane
Denham Springs, Louisiana 70726
(225) 588-7711

Certified True and Correct Copy
eCertID: 000069033
Jessica Hughes
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 2/20/2013 11:19 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14.132, 133, and/or RPC Rule 3.3(a)(3).

**SERVICE INFORMATION:**

PLEASE WITHHOLD SERVICE

Certified True and Correct Copy
eCertID: 000069033

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/20/2013 11:19 AM

Alteration and subsequent re-filing of this certified copy may violate La R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).